# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEPRIANA TURNER,<br><br>    Plaintiff,<br><br>v.<br><br>DOLLAR TREES STORES, INC.,<br><br>    Defendant. | Case No. 1:18-cv-00931-LJO-SAB<br><br>ORDER RE STIPULATION TO EXTEND DISCOVERY DEADLINES<br><br>(ECF No. 7) |

On August 30, 2018, the scheduling order issued in this action. (ECF No. 6.) On January 11, 2019, the parties filed a stipulation to extend the deadlines in the August 30, 2018 scheduling order.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the August 30, 2018 scheduling order is amended as follows:

    1.    Expert disclosures:    March 5, 2019

    2.    Supplemental expert disclosures:    April 2, 2019

    3.    Expert discovery cut-off:    April 16, 2019

    4.    Non-expert discovery cut-off:    April 9, 2019

    5.    All other aspects of the August 30, 2018 scheduling order remain in effect.

IT IS SO ORDERED.

Dated: **January 11, 2019**

UNITED STATES MAGISTRATE JUDGE