# UNITED STATE DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEPRIANA TURNER,<br><br>Plaintiff,<br><br>vs.<br><br>DOLLAR TREE STORES, INC.,<br><br>Defendant. | CASE NO.: 1:18-cv-00931-LJO-SAB<br><br>ORDER RE STIPULATION TO CONTINUE EXPERT DESIGNATION AND DISCOVERY DEADLINES<br><br>(ECF No. 11) |

On August 30, 2018, the scheduling order issued in this action. (ECF No. 6.) On January 14, 2019, the discovery dates were continued at the stipulation of the parties. (ECF No. 8.) On February 27, 2019, the parties filed a stipulation to continue the trial and discovery dates in this matter which was denied by United States District Judge Lawrence J. O'Neill. (ECF Nos. 9, 10.) On March 5, 2019, the parties filed a stipulation to extend the discovery dates in this matter for a second time. (ECF No. 11.)

The Court is concerned with the extension of time requested in that the dates extend so close to the date of the pretrial hearing. Pursuant to Rule 281 of the Local Rules of the Eastern District of California, the parties are to file their joint pretrial statement at least seven full days prior to the pretrial conference. L.R. 281(a)(2). In this instance, the pretrial statement will be due May 22, 2019, and the parties will be conducting discovery until May 16, 2019. The Court shall

-1-

grant the request of the parties, but they are advised that they must strictly comply with the Local Rules in filing a joint pretrial statement.

Pursuant to the stipulation of the parties, the August 30, 2018 scheduling order, as amended by the January 14, 2019 order, is amended as follows

1. Expert Disclosure shall be done by April 4, 2019;
2. Supplemental Expert Disclosure shall occur by May 2, 2019;
3. Expert Discovery Cut-Off is continued to May 16, 2019;
4. Non-Expert Discovery Cut-Off is continued to May 9, 2019; and
5. All other aspects of the August 30, 2018 scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated: **March 5, 2019**

UNITED STATES MAGISTRATE JUDGE