# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEPRIANA TURNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOLLAR TREE STORES, INC.,<br><br>　　　　Defendant. | Case No. 1:18-cv-00931-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDERS<br><br>TEN DAY DEADLINE |

Defendant Dollar Tree Stores, Inc. removed this action from the Tulare County Superior Court to the Eastern District of California on July 10, 2018. (ECF No. 1.) On April 16, 2019, a notice of settlement was filed and the parties were ordered to file dispositive documents within thirty days of April 18, 2019. (ECF Nos. 14, 15.) More than thirty days have passed and the parties have not filed dispositive documents.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

/ / /

1

Accordingly, the Court HEREBY ORDERS PLAINTIFF TO SHOW CAUSE within **ten (10) days** of the date of entry of this order why dispositive documents have not yet been filed. **The parties are forewarned that the failure to show cause may result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated: __**May 28, 2019**__

UNITED STATES MAGISTRATE JUDGE