# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEPRIANA TURNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOLLAR TREE STORES, INC.,<br><br>　　　　　Defendant. | Case No. 1:18-cv-00931-LJO-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING CLERK OF THE COURT TO CLOSE THIS MATTER AND REFLECT DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)<br><br>(ECF Nos. 16, 17, 18) |

　　The parties to this action filed a notice of settlement and pursuant to the Court's order dispositive documents were to be filed within thirty days of April 18, 2019. When dispositive documents were not filed in compliance with the April 18, 2019 order, on May 28, 2019, an order was filed requiring the parties to show cause why sanctions should not issue for the failure to comply. On May 30, 2019, a stipulation for dismissal was filed and on June 7, 2019, Plaintiff filed a response to the order to show cause.

　　Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause, filed May 28, 2019, is DISCHARGED; and
2. The Clerk of the Court is DIRECTED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a). <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997).

IT IS SO ORDERED.

Dated: **June 7, 2019**

　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1